## CERTIFICATE OF SERVICE

I hereby certify that I electronically served the foregoing documents on counsel for Defendants along with electronic copies of the complaint and exhibits thereto on July 24, 2018.  I hereby further certify that on this day I filed the foregoing documents with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record, and served opposing counsel with an electronic copy of same.

This 26th day of July, 2018.

                                        KENT & RISLEY LLC

                                        /s/*Daniel A. Kent*
                                        Daniel A. Kent
                                          Georgia Bar Number 415110
                                          dankent@kentrisley.com
                                          5755 N Point Pkwy Ste 57
                                          Alpharetta, GA 30022
                                          Tel:  (404) 585-4214
                                          Fax:  (404) 829-2412

                                        Attorney for Plaintiff